UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ANKITKUMAR PATEL, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Cause Number: 2:23-CV-237-PPS-JEM |
| SECRETARY DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Plaintiffs, Ankitkumar Patel, Bhaviniben Patel, and Devansh Patel, filed a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). [DE 9.] Defendants have not yet filed an answer, motion to dismiss, or motion for summary judgment in this matter.

As the Notice of Voluntary Dismissal [DE 9] meets the requirements of Fed. R. Civ. P. 41(a)(1)(A)(i), it is **GRANTED** and the cause of action is **DISMISSED WITHOUT PREJUDICE.** Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

ENTERED: September 26, 2023.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**